IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

STATE FARM FIRE AND CASUALTY
CO.,                                            No. 1:12-cv-1669-CL

      Plaintiff,

    v.

FRANK PATSCH and JACKLYN PATSCH,                **ORDER**

      Defendants.

---

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983).

    I agree with Magistrate Judge Clarke that judgment should be entered against defendant Jacklyn Patsch, based on her

1 - ORDER

stipulation. Under Federal Rule of Procedure 54(b), I conclude there is no reason to delay entry of final judgment as to Jacklyn Patsch. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#10) is adopted. Final judgment under Rule 54(b) will be entered against defendant Jacklyn Patsch.

IT IS SO ORDERED.

DATED this ___ day of April, 2013.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER